**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| | ) | Case No. 22 C 6141 |
| *Plaintiff*, | ) | |
| | ) | Hon. Edmond E. Chang |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFF'S MOTION TO APPOINT SPECIAL REPRESENTATIVES FOR DECEASED DEFENDANTS HALVORSEN, RABBIT, AND CAPORUSSO**

Plaintiff DANIEL RODRIGUEZ by and through his attorneys, respectfully moves this Court to appoint special representatives to defend these actions as representatives of deceased individuals Defendants Ernest Halvorsen, Louis Rabbit, and Noel Caporusso, stating as follows:

1. Plaintiff Daniel Rodriguez filed this lawsuit on November 4, 2022. Dkt. 1.

2. Plaintiff's complaint alleges that he was wrongfully convicted in 1993 of the murder of Jose Hernandez, Jr. Dkt. 1. Plaintiff further alleges that various Chicago Police Department employees—including Defendants Halvorsen, Rabbit, and Caporusso —framed Plaintiff for a crime that he did not commit, causing him to be wrongfully incarcerated for over 30 years. *Id.*

3. Defendant Ernest Halvorsen died on January 26, 2020. Defendant Louis Rabbit died on November 11, 2011. Defendant Noel Caporusso died on September 10, 2020. Plaintiff's attorneys have been unable to locate an estate opened at any time for Defendants Halvorsen, Rabbit, and Caporusso. The attorneys who have appeared for the City of Chicago and the

individual Defendants have informed Plaintiff that no estates exist for Ernest Halvorsen, Luis Rabbit, or Noel Caporusso.

4. Previously, Plaintiff named and served JoAnn Halvorsen as special representative for the estate of Ernest Halvorsen, who has been named as a special representative for her deceased spouse's estate in other Guevara cases. Mrs. Halvorsen has moved to dismiss. (Dkt. 25) Anticipating that this motion to appoint a different special representative will be granted, Plaintiff does not oppose JoAnn Halvorsen's motion to dismiss (Dkt. 25).

5. Federal district courts in Illinois have the power to appoint special administrators consistent with Illinois law. *Stewart v. Special Administrator of the Estate of Mesrobian*, 559 Fed. App'x 543, 548 (7th Cir. 2014) (recognizing this power); *Anderson v. Romero*, 42 F.3d 1121, 1124-35 (7th Cir. 1994) (appointing attorneys as special administrators after death of a plaintiff); *see also Ward v. Edgeton*, 59 F.3d 652, 653 (7th Cir. 1995) ("42 U.S.C. § 1988 authorizes us to borrow provisions of state law where necessary to provide a complete remedy in a suit under 42 U.S.C. § 1983.").

6. Illinois provides for the appointment of a special representative for purposes of defending an action that survives a defendant's death. 735 ILCS 5/13-209; *see also* ILCS 5/2-1008(b)(2); *Relf v. Shatayeva*, 998 N.E.2d 18 (Ill. 2013) (discussing the procedure for appointing a special representative). The constitutional and state-law claims alleged by Plaintiff survive the death of the deceased Defendants Halvorsen, Rabbit, and Caporusso. *E.g., Hicks v. Young*, 2012 WL 1755735, at *1-2 (N.D. Ill. May 15, 2012). Courts in this district have appointed special representatives in these circumstances. *See DeLeon-Reyes v. Guevara*, 2019 WL 1200348 (N.D. Ill. March 14, 2019) (appointing special representatives for deceased defendants in wrongful conviction case); *Savory v. Cannon*, No. 17 Civ. 204 (N.D. Ill. Mar. 9, 2017), Dkt. 41

(appointing city clerk as special representative for deceased defendants in wrongful conviction case); *Starks v. Waukegan, et al.*, No. 09 Civ. 348 (N.D. Ill. Jan. 15, 2014), Dkt. 208 (Order Appointing Special Administrator); *Rivera v. Lake County, et al*, 974 F. Supp. 2d 1179, 1199 (N.D. Ill. 2013) (appointing city clerk as special representative for deceased defendants); *Tamburo v. Dworkin*, 2012 WL 10454, at *3-4 (N.D. Ill. 2012) (discussing appointment of special representative under Illinois law); *see also Nevest Coleman v. City of Chicago, et al.*, 1:18 Civ. 998 (N.D. Ill. July 18, 2018), Dkt. 64; *Vaughn v. Griffin*, No. 2:15 Civ. 2047 (C.D. Ill. Sept. 19, 2017), Order on Dkt. 213; *Ross v. Gossett*, No. 15 Civ. 309 (S.D. Ill. July 20, 2017), Dkt. 368 (appointing special representative for deceased defendants).

7. Thus, this Court can appoint and substitute special representatives so that this action can be maintained against Defendants Halvorsen, Rabbit, and Caporusso.

8. Attorneys who have appeared for the City of Chicago and the individual Defendants have informed Plaintiff: that the next of kin for both Ernest Halvorsen and Noel Caporusso have declined to be appointed as Special Representatives; that Geri Lynn Yanow, an attorney, is willing to serve as special representative for Ernest Halvorsen and Noel Caporusso; and that Janice Rabbit, the widow of Louis Rabbit, is willing to serve as Special Representative for Louis Rabbit.

9. Plaintiff will not seek punitive damages against the estates of deceased Defendants Halvorsen, Rabbit, and Caporusso or their respective Special Representatives in this action.

10. Plaintiff and the attorneys who have appeared for the City of Chicago and the individual Defendants have not been able to reach agreement on the language of this motion and are at impasse.

11. Should the Court grant Plaintiff's motion, Plaintiff will promptly comply with all Illinois law requirements governing the substitution of a special representative and substitution of that special representative as defendant and will act "with reasonable diligence to serve process upon the personal representative." 735 ILCS/ 5/13-209(c)(1)&(2).

WHEREFORE, Plaintiff respectfully requests that the Court appoint Geri Lynn Yanow as special representative for Defendants Ernest Halvorsen and Noel Caporusso. Plaintiff further requests that this Court appoint Janice Rabbit as Special Representative for Defendant Louis Rabbit.

RESPECTFULLY SUBMITTED,

/s/ Steve Art
*Counsel for Plaintiff*

Arthur Loevy
Jon Loevy
Anand Swaminathan
Steven Art
Sean Starr
Annie Prossnitz
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com

**CERTIFICATE OF SERVICE**

I, Steve Art, an attorney, certify that on, January 18, 2023, I filed the foregoing pleading using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Steve Art
*One of Plaintiff's Attorneys*