UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Daniel Rodriguez
                                        Plaintiff,

v.                                                                           Case No.: 1:22−cv−06141
                                                                          Honorable Edmond E. Chang

Reynaldo Guevara, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 20, 2023:

       MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 6/20/2023 at 9:15 a.m. by telephone. By 6/15/2023, parties shall file a joint status report with an update on discovery and any settlement discussions. The Court has reviewed the joint status report. Of course, this Court is no stranger to a Guevara−related case and to all the attorneys in this action. Based on this Court's prior experience in Reyes and Solache, the Court will phase discovery into three parts: (1) non−Monell fact discovery; (2) Monell discovery; and (3) expert discovery. The Court appreciates that some of these categories will go quicker given discovery from other cases, but at this time, this method continues to be the most efficient way to manage discovery. The Court will entertain shorter deadlines for phases 2 and 3 if provided more detail about how that discovery will be expedited, and will address that issue at a later time. Non−Monell fact discovery will proceed as follows: (1) written discovery shall issue by 6/9/23; (2) notice of depositions with agreed upon dates shall issue by 12/8/23; and (3) all non−Monell fact discovery shall be completed by 3/31/24. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.