IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| | ) | Case No. 22-cv-6141 |
| *Plaintiff*, | ) | |
| | ) | Hon. Edmond E. Chang |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Sunil R. Harjani |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME
TO COMPLETE NON-*MONELL* FACT DISCOVERY**

Counsel for Plaintiff Daniel Rodriguez and Defendants City of Chicago, Reynaldo Guevara, Robert Biebel, Edward Mingey, Lee Epplen, Edward Strandberg, Steve Gawrys, Patrick Walsh, Geri Lynn Yanow—as special representative for Defendants Halvorsen and Caporusso, Janice Rabbit—as special representative for Defendant Rabbit, and Cook County (collectively, the "Parties") jointly move this Court for an extension of time to complete non-*Monell* fact discovery. In support, the Parties state as follows:

1. On April 20, 2023, this Honorable Court phased discovery into three parts: (1) non-*Monell* fact discovery, (2) *Monell* discovery, and (3) expert discovery. Dkt. 68. The Court set March 31, 2024 as the deadline for non-*Monell* fact discovery. *Id*.

2. The Parties have made significant progress in issuing and responding to written discovery requests, and six depositions have already taken place. Dkt. Nos. 87, 94, 109, 116, 126.

3. Pursuant to the Court's order, the Parties collaboratively scheduled the remaining depositions in this case. Dkt. Nos. 127, 133. However, due to the number of depositions that needed to be scheduled, and professional obligations of counsel, the Parties agreed to seek a joint extension to the non-*Monell* fact discovery deadline.

4. The remaining depositions have been scheduled to occur by May 7, 2024. Dkt. 133.

5. This is the Parties' first request to extend the non-*Monell* fact discovery deadline. This motion is not made in bad faith or for the purpose of delay, and it will not unduly prejudice any of the Parties. Rather, an extension is necessary to complete the depositions identified above.

6. For this reason, Plaintiff respectfully requests that this Court grant an extension of time to May 10, 2024. With the remaining depositions set to occur by May 7, 2024, and there being available dates between the filing of this motion and May 10 to reschedule any depositions that so require, Plaintiff believes that May 10 is sufficient to finish all depositions and allow the Parties to expeditiously proceed to *Monell* discovery without further delay.

7. City Defendants and Defendant Walsh respectfully request that this Court grant an extension of time to June 20, 2024 so the Parties may finish all depositions. This extension is due to the fact that several depositions have needed to be rescheduled, including two key witnesses who have yet to be rescheduled, Jason Rivera (who did not appear for his deposition and is the subject of Plaintiff's upcoming motion) and George Laureano (scheduled but then canceled when witness stated he needed to obtain counsel for the deposition). Additionally, several other depositions are already scheduled throughout April and early May. For instance, there are now four depositions scheduled in this case during the week of April 22. And every day the week of April 29 through May 7 is reserved for depositions in this case. Because of this, as well as the fact that counsel have depositions scheduled in other matters, there is little room in the schedule to accommodate any further rescheduling (should it be needed) or incorporate the deposition of Jason Rivera and George Laureano before May 10. In addition, Plaintiff recently supplemented his discovery responses to include physical and mental health information, and Defendants are in the

process of issuing subpoenas for additional records based on those responses. For these reasons, Defendants request the Court extend non-*Monell* fact discovery until June 20, 2024.

WHEREFORE, Plaintiff Daniel Rodriguez and Defendants City of Chicago, Reynaldo Guevara, Robert Biebel, Edward Mingey, Lee Epplen, Edward Strandberg, Steve Gawrys, Patrick Walsh, Geri Lynn Yanow—as special representative for Defendants Halvorsen and Caporusso, Janice Rabbit—as special representative for Defendant Rabbit, and Cook County respectfully request this Honorable Court grant this motion for an extension of time to complete non-*Monell* fact discovery and set the close of such discovery for when this Court deems appropriate.

Dated: April 1, 2024                                        Respectfully submitted,

/s/ *Catherine M. Barber*                                   /s/ *Josh M. Engquist*
Catherine M. Barber                                          Josh M. Engquist
Special Assistant Corporation Counsel                        Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*                   *One of the Attorneys for Defendant Officers*

Eileen E. Rosen                                              Josh M. Engquist
Catherine M. Barber                                          James G. Sotos
Theresa B. Carney                                            Joseph M. Polick
Austin G. Rahe                                               Mark Smolens
Lauren M. Ferrise                                            Thomas J. Sotos
Rock Fusco & Connelly, LLC                                   The Sotos Law Firm, P.C.
333 W. Wacker Drive, 19th Floor                              141 W. Jackson Blvd., Suite 1240A
Chicago, Illinois 60606                                      Chicago, Illinois 60604
(312) 494-1000                                               (312) 663-3003
cbarber@rfclaw.com                                           jengquist@sotoslaw.com


/s/ *Thomas M. Leinenweber*                                  /s/ *Kenneth M. Battle*
Thomas M. Leinenweber                                        Kenneth M. Battle
*One of the Attorneys for Defendant Guevara*                 *One of the Attorneys for Defendant Walsh*

Thomas M. Leinenweber                                        Kenneth M. Battle
Megan K. McGrath                                             Michelle Braun
Leinenweber Baroni & Daffada, LLC                            O'Connor & Battle
120 N. LaSalle St., Suite 2000                               20 N. Clark St.
Chicago, Illinois 60602                                      Chicago, Illinois 60602

(312) 663-3003
thomas@ilesq.com

(312) 786-4600
kbattle@mokblaw.com

*/s/ Joseph A. Hodal*
Joseph A. Hodal
*One of the Attorneys for Cook County*

Joseph A. Hodal
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5470
Joseph.hodal@cookcountyil.gov

*/s/ Steve Art*
Steven Art
*One of the Attorneys for Plaintiff*

Steven Art
Jon Loevy
Anand Swaminathan
Sean Starr
Annie Prossnitz
Alyssa Martinez
Loevy & Loevy
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
Steve@loevy.com