IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 22 CV 6141 |
| *v.* | ) ) | |
| REYNALDO GUEVARA, et al., | ) ) | Hon. Edmond E. Chang |
| | ) | Mag. Judge Sunil R. Harjani |
| *Defendants*. | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION
FOR EXTESION OF TIME TO RESPOND TO PLAINTIFF'S SETTLEMENT DEMAND**

Defendants City of Chicago, Reynaldo Guevara, Robert Biebel, Edward Mingey, Lee Epplen, Edward Strandberg, and Steve Gawrys, (collectively "City Defendants"), by their undersigned attorneys, move this Honorable Court for an extension of time up to and including April 22, 2024, to respond to Plaintiff's settlement demand, and, in support, state:

1. On February 26, 2024, Plaintiff provided a settlement demand to the City Defendants, which was ten (10) days after the date Plaintiff had initially represented that the demand would be provided. (Dkt. 127.)

2. The Court ordered Defendants to respond by March 22, 2024. (*Id*.) It subsequently granted the City Defendants an unopposed extension to respond by April 12, 2024. (Dkts. 134, 136.)

3. Since receiving Plaintiff's settlement demand, the City Defendants have worked diligently to undertake a top-to-bottom evaluation of this case, but we require ten (10) extra days to respond.

4.	This motion is not made for the purpose of delay. Indeed, it is made precisely for the opposite purpose: to ensure that future settlement discussions are fruitful, efficient, and grounded in achievability. Additionally, this extension will not prejudice any party, as discovery remains ongoing in this matter.

5.	The City Defendants anticipate that this will be their final request for an extension of time to respond to Plaintiff's settlement demand.

6.	Defense counsel communicated via email the above request to Plaintiff's counsel, who advised that he had no objection to this final motion for extension.

WHEREFORE, Defendants City of Chicago, Reynaldo Guevara, Robert Biebel, Edward Mingey, Lee Epplen, Edward Strandberg, and Steve Gawrys, respectfully request this Honorable Court grant this motion for an extension of time up to April 22, 2024, to respond to Plaintiff's settlement demand, and for such other relief as the Court deems appropriate.

DATED: April 10, 2024                                               Respectfully Submitted,

/s/ Eileen E. Rosen                                                 /s/ Josh M. Engquist
EILEEN E. ROSEN                                                     JOSH M. ENGQUIST, Atty No. 06242849
Special Assistant Corporation Counsel                               Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*                          *One of the Attorneys for Defendant Officers*

Eileen E. Rosen                                                     James G. Sotos
Catherine M. Barber                                                 Josh M. Engquist
Theresa B. Carney                                                   Joseph M. Polick
Austin G. Rahe                                                      Mark Smolens
Lauren M. Ferrise                                                   Thomas J. Sotos
Rock Fusco & Connelly, LLC                                          The Sotos Law Firm, P.C.
333 W. Wacker Drive, 19th Floor                                     141 W. Jackson Blvd., Suite 1240A
Chicago, Illinois 60606                                             Chicago, Illinois 60604
P: (312) 494-1000                                                   P: (312) 663-3003
erosen@rfclaw.com                                                   jengquist@sotoslaw.com

/s/ Thomas M. Leinenweber
THOMAS M. LEINENWEBER

*One of the Attorneys for Defendant Guevara*

Thomas M. Leinenweber
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, Illinois 60602
P: (312) 663-3003
thomas@ilesq.com

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that April 10, 2024, I electronically filed the foregoing **Defendants Unopposed Motion for Extension of Time to Respond to Plaintiff's Settlement Demand** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

*Attorneys for Plaintiff*
Anand Swaminathan (anand@loevy.com)
Steven Edwards Art (steve@loevy.com)
Arthur R. Loevy (arthur@loevy.com)
Jonathan I. Loevy (jon@loevy.com)
Sean Starr (sean@loevy.com)
Annie Davey Prossnitz (prossnitz@loevy.com)
Alyssa Martinez (alyssa@loevy.com)
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
P: 312-243 5900

*Attorneys for Reynaldo Guevara*
Thomas M. Leinenweber (thomas@ilesq.com)
Michael J. Schalka (mjs@ilesq.com)
James V. Daffada (jim@ilesq.com)
Leinenweber Baroni & Daffada LLC
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
P: 847-251-4091

*Attorneys for Cook County*
Joseph A. Hodal (Joseph.hodal@cookcountyil.gov)
Cook County State's Attorney's Office
500 Richard J. Daley Center, 5th Floor
Chicago, IL 60602
P: 312-603-5470

*Attorneys for Patrick Walsh*
Kenneth M. Battle (kbattle@mokblaw.com)
Michele J. Braun (mbraun@mokblaw.com)
O'Connor & Battle, LLP
111 W. Jackson Blvd., suite 1700
Chicago, IL 60604
P: 312-786-4600

Patrick Walsh (patrick@pwalsh.com)
Patrick W. Walsh, Attorney at Law
33 S. Garfield St.
Hinsdale, IL 60521
P: 630-794-0300

***Attorneys for the City of Chicago***
Eileen E. Rosen (erosen@rfclaw.com)
Catherine M. Barber (cbarber@rfclaw.com)
Theresa B. Carney (tcarney@rfclaw.com)
Austin Gordon Rahe (arahe@rfclaw.com)
Lauren Ferrise (lferrise@rfclaw.com)
Rock Fusco & Connelly, LLC
333 W. Wacker Dr., 19th Floor
Chicago, IL 60606
P: 312-494-1000

/s/ Josh M. Engquist
JOSH M. ENGQUIST, Atty No. 06242849