UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL RODRIGUEZ, ) | |
| ) | Case No. 22 CV 06141 |
| Plaintiff, ) | |
| ) | Honorable Judge Chang |
| v. ) | |
| ) | |
| REYNALDO GUEVARA, GERI LYNN YANOW ) | |
| as Special Representative for ERNEST ) | |
| HALVORSEN and NOEL CAPORUSSO, ) | |
| deceased, JANICE RABBIT as Special ) | |
| Representative for LOUIS RABBIT, deceased, ) | |
| ROBERT BIEBEL, EDWARD MINGEY, ) | |
| LEE EPPLEN, EDWARD STRANDBURG, ) | |
| STEVE GAWRYS, the CITY OF CHICAGO, ) | |
| PATRICK WALSH, and COOK COUNTY, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL OF DEFENDANT STEVE GAWRYS**

Plaintiff, Daniel Rodriguez, and Defendants, Patrick Walsh, Robert Biebel, Edward Mingey, Lee Epplen, Edward Strandberg, and Steve Gawrys, Geri Lynn Yanow, as Special Representative of Ernest Halvorson and Noel Caporusso, deceased, and Janice Rabbit, as Special Representative of Louis Rabbit, deceased, Reynaldo Guevara, Cook County, and the City of Chicago, by and through their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that Defendant Steve Gawrys is hereby voluntarily dismissed from this case with prejudice. This dismissal is as to all claims that may have been asserted in this matter between Plaintiff and Defendant Steve Gawrys. Each side shall bear its own costs and attorneys' fees.

Date: April 30, 2024                                                                 Respectfully submitted,

/s/ *Josh M. Engquist*                                                               /s/ *Thomas Leinenweber*
Josh M. Engquist, Atty. No. 6242849                                      Thomas Leinenweber
*One of the Attorneys for Defendants Biebel,*                    *One of the Attorneys for Individual Chicago*
*Mingey, Epplen, Strandberg, Gawyrs, and*                        *Police Defendant Guevara*
*Special Representatives Yanow and Rabbit*

James G. Sotos                                                                            James V. Daffada
Caroline P. Golden                                                                     Thomas M. Leinenweber
Josh M. Engquist                                                                         Michael J. Schalka
Allison L. Romelfanger                                                              Gabrielle Rose Sansonetti
**SOTOS LAW FIRM, P.C.**                                                        Leinenweber Daffada & Sansonetti, LLC
141 W. Jackson Blvd., Ste.1240                                               120 N. LaSalle St., Suite 2000
Chicago, IL 60604                                                                       Chicago, IL 60602
jengquist@jsotoslaw.com                                                         thomas@ilesq.com

/s/ *Eileen E. Rosen*                                                                    /s/ *Steven Art*
Eileen E. Rosen, Atty. No. 6217428                                         Steven Art
*One of the Attorneys for Defendant City of*                         *One of the Attorneys for Plaintiff Rodriguez*
*Chicago*
                                                                                                      Jon Loevy
Eileen E. Rosen                                                                            Steven Art
Catherine M. Barber                                                                  Anand Swaminathan
Theresa B. Carney                                                                      LOEVY & LOEVY
Austin Rahe                                                                                 311 N. Aberdeen, 3rd Floor
Rock Fusco & Connelly LLC                                                      Chicago, IL 60607
333 W. Wacker Dr., 19th Fl.                                                     steve@loevy.com
Chicago, IL 60606
erosen@rfclaw.com                                                                  /s/ *Kenneth M. Battle*
                                                                                                     Kenneth M. Battle
/s/ *Joseph A. Hodal*                                                                  *One of the Attorneys for Defendant Walsh*
Joseph A. Hodal
*One of the Attorneys for Cook County*                                Kenneth M. Battle
                                                                                                     Michelle Braun
Joseph A. Hodal                                                                          O'Connor & Battle
Assistant State's Attorney                                                        20 N. Clark St.
500 Richard J. Daley Center                                                   Chicago, IL 60602
Chicago, IL 60602                                                                    Kbattle@mokblaw.com
Joseph.hodal@cookcountyil.gov

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that April 30, 2024, I electronically filed the foregoing **Stipulation of Dismissal of Defendant Steve Gawrys** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

*__Attorneys for Plaintiff__*
Anand Swaminathan (anand@loevy.com)
Steven Edwards Art (steve@loevy.com)
Arthur R. Loevy (arthur@loevy.com)
Jonathan I. Loevy (jon@loevy.com)
Sean Starr (sean@loevy.com)
Annie Davey Prossnitz (prossnitz@loevy.com)
Alyssa Martinez (alyssa@loevy.com)
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
P: 312-243 5900

*__Attorneys for Reynaldo Guevara__*
Thomas M. Leinenweber (thomas@ilesq.com)
Michael J. Schalka (mjs@ilesq.com)
James V. Daffada (jim@ilesq.com)
Leinenweber Baroni & Daffada LLC
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
P: 847-251-4091

*__Attorneys for Cook County__*
Joseph A. Hodal (Joseph.hodal@cookcountyil.gov)
Cook County State's Attorney's Office
500 Richard J. Daley Center, 5th Floor
Chicago, IL 60602
P: 312-603-5470

*__Attorneys for Patrick Walsh__*
Kenneth M. Battle (kbattle@mokblaw.com)
Michele J. Braun (mbraun@mokblaw.com)
O'Connor & Battle, LLP
111 W. Jackson Blvd., suite 1700
Chicago, IL 60604
P: 312-786-4600

Patrick Walsh (patrick@pwalsh.com)
Patrick W. Walsh, Attorney at Law

33 S. Garfield St.
Hinsdale, IL 60521
P: 630-794-0300

***Attorneys for the City of Chicago***
Eileen E. Rosen (erosen@rfclaw.com)
Catherine M. Barber (cbarber@rfclaw.com)
Theresa B. Carney (tcarney@rfclaw.com)
Austin Gordon Rahe (arahe@rfclaw.com)
Lauren Ferrise (lferrise@rfclaw.com)
Rock Fusco & Connelly, LLC
333 W. Wacker Dr., 19th Floor
Chicago, IL 60606
P: 312-494-1000

                                              /s/ Josh M. Engquist
                                              JOSH M. ENGQUIST, Atty No. 06242849