IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| | ) | Case No. 22 C 6141 |
| Plaintiff, | ) | |
| | ) | Hon. Edmond E. Chang |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | Hon. Beth W. Jantz |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| | ) | |

**DEFENDANT CITY'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMMUNICATE PUBLIC SETTLEMENT DEMANDS**

Defendant City of Chicago ("City"), by and through its undersigned counsel, respectfully moves for an extension of time to respond to Plaintiff's Motion to Communicate Public Settlement demands and, in support thereof states:

1. On May 16, 2024, Plaintiff filed his motion to communicate public settlement demands and Defendants' response to this motion is due on May 30, 2024.

2. On May 28, 2024, Defendant City filed its reply to its summary judgment motion, responses to Plaintiff's statement of additional facts, responses to Plaintiff's cross-motion for summary judgment, along with responses to Plaintiff's statement of facts, and replies for three *Daubert* motions in *Sierra v. Reynaldo Guevara, et al.*, 18-cv-03029 pending before the Honorable John Blakey.

3. On June 4, 2024, Defendant City must file its reply to its summary judgment motion, responses to Plaintiff's statement of additional facts, as well as replies for three *Daubert*

1

motions in *Iglesias v. Reynaldo Guevara, et al.*, 19-cv-06508 pending before the Honorable Franklin Valderama.

4. Due to the volume and complexity of the motions recently filed and that due to be filed on June 4, 2024, the City is seeking a one-week extension, until June 6, 2024, to submit the responsive filings to Plaintiff's motion to communicate public settlement demands.

5. This is the City's first request for additional time to respond to this motion.

6. Further, the City is not seeking this extension to cause delay or prejudice.

7. Defendant City requested Plaintiff's position as to the relief requested in this motion. Plaintiff counsel stated that Plaintiff takes no position as to Defendant City's request for additional time.

WHEREFORE, Defendant City respectfully request an extension of time to file to file its response in opposition to Plaintiff's Motion to Communicate Public Settlement Demands up to and including June 6, 2024.

Date: May 30, 2024

Respectfully submitted,

by: /s/ Eileen E. Rosen
Eileen E. Rosen
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 474-1000
erosen@rfclaw.com