**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Daniel Rodriguez
                Plaintiff,

v.                                          Case No.: 1:22−cv−06141
                                                        Honorable Edmond E. Chang

Reynaldo Guevara, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 7, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Plaintiff's Motion to Communicate Public Settlement Demands [153] is DENIED, as the Parties are free to pursue settlement negotiations as they see fit and proper under the ethical and any other binding rules. The Court declines to explicitly rule on any ethical rules at this juncture. Additionally, this Court will not essentially regulate or referee the parties' settlement negotiations until/unless this Court has imposed certain conditions leading up to any future, scheduled settlement conference. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.