UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Daniel Rodriguez
                                    Plaintiff,
v.                                                    Case No.: 1:22−cv−06141
                                                      Honorable Edmond E. Chang
Reynaldo Guevara, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 11, 2024:

    MINUTE entry before the Honorable Beth W. Jantz: Plaintiff's Motion for Rule to Show Cause [150] is GRANTED to the extent that Mr. Rivera must comply with Plaintiff's subpoena to attend a deposition, or he is required to call into a rule to show cause hearing on 7/24/24 at 10:30 am. The Motion [150] represents that Jason Rivera was personally served on 8/19/24 with a subpoena to appear for a deposition. [150] at 2; [150−1]. Mr. Rivera failed to appear at the deposition. [150] at 2; [150−3]. Mr. Rivera was personally served a second time on 12/14/23 with a subpoena to appear for a deposition. [150] at 2; [150−6]. Mr. Rivera again failed to appear at the deposition. Federal Rule of Civil Procedure 45(g) states that this Court ";may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." However, "[d]ue process requires that a person facing contempt sanctions be given adequate notice and fair opportunity to be heard in civil contempt proceedings." United States Securities and Exchange Commission v. Hyatt, 621 F.3d 687, 694 (7th Cir. 2010). Therefore, a rule to show cause hearing is set for 7/24/24 at 10:30 am., and Mr. Rivera is ordered to appear telephonically to explain why he should not be held in contempt of court, unless he complies with the subpoena and his deposition is completed prior to 7/24/24. Plaintiff shall serve a copy of this Order and his Motion [150] on Mr. Rivera personally by no later than 6/28/24. Upon receipt of this order, Mr. Rivera should contact Plaintiff's lawyer (Steven Art − 312−243−5900) to reschedule his deposition. Mr. Art is directed to be flexible in terms of the timing (i.e., scheduling the deposition outside of normal business hours or on a Wednesday to accommodate Mr. Rivera's work or family schedule, if necessary); the Court is sympathetic to Mr. Rivera's role as a third−party to this litigation and counsel should make all reasonable efforts to lessen the burden on him. If the deposition occurs prior to the 7/24/24 hearing, Plaintiff is to alert this Court via email, and the hearing will be cancelled. To join the 7/24/24 hearing by phone, dial 1−650−479−3207 and enter access code 97829499. Entering an attendee code is not required. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.