People v. George Laureano

Office interview with Jason Rivera on April 15, 1992.

Present for interview Lisa Brean, Diane Doyle, Jason Rivera, and Jo-Anne Garcia.

Lisa Brean explained to Jason Rivera that she was the attorney representing George Laureano, and not Mr. Rivera's attorney. Ms. Brean asked Mr. Rivera where he was on March 17, 1991. Mr. Rivera stated that he was locked up in the Juvenile home on Hamilton Avenue in Chicago from approximately February 17, 1991 to approximately May 1, 1991. Mr. Rivera stated that during the first week in May, 1991 he was transfered to a Gateway facility in Lake Villa, Illinois.
That while he was at the Gateway facility Chicago Police Detectives arrived to talk to him. They showed him papers that were supposed to have been statements given by David Velasquez, but those papers had no signatures on them. Mr. Rivera brought up the that David had not signed those papers and the detectives stated that it didn't matter, that David had said those things. The detectives asked Rivera about his knowledge of the shooting of Jose Hernandez. Mr. Rivera said that he didn't know anything because he was locked up at that time. Mr. Rivera asked the supervisor at Gateway to show the police the paper work proving that he was locked up. The supervisor did show the paper work to the officers. The officers did not comment but the State's Attorney said "oh you <u>were locked up.</u>" Mr. Rivera stated to Ms. Brean that he never made a statement to the police regarding the murder of Jose Hernandez and he never signed the papers which the police say that he signed.

Mr. Rivera told Ms. Brean that one day after George was charged with the murder, Mr. Rivera came to 26th and California to the courtroom to speak with George's lawyer, but the lawyer never came out.

_Jason Rivera_
JASON Rivera

_Diane Doyle_
DIANE Doyle