**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Daniel Rodriguez
                              Plaintiff,

v.                                                       Case No.: 1:22−cv−06141
                                                          Honorable Edmond E. Chang

Reynaldo Guevara, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 30, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Plaintiff's Unopposed Motion for Order on Juvenile Records [178] is granted to the extent that the requested juvenile records are relevant to this lawsuit and within the proper scope of discovery, as detailed in Plaintiff's motion. The Court further notes that the Defendants do not oppose the motion, that the subject of the juvenile records is now an adult who has publicly testified on this matter, and that a Confidentiality Protective Order [152] has been issued in this case. See Chatman v. City of Chicago, No. 13 C 5697, 2014 WL 1813172, at *2 (N.D. Ill. May 5, 2014); McIntosh v. City of Chicago, 1:17−cv−6357, dkt. 115. Any motion to the Illinois state juvenile court shall be filed by 8/7/24. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.