IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| | ) | Case No. 22 C 6141 |
| *Plaintiff*, | ) | |
| | ) | Hon. Edmond E. Chang |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Beth W. Jantz |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |

## DECLARATION OF STEVE ART

I, Steve Art, declare as follows:

1. My name is Steve Art. I am an attorney with Loevy & Loevy and serve as counsel for Plaintiff Daniel Rodriguez in this case.

2. On October 2, 2024, service of the Court's Minute Entry, Dkt. 202, and Plaintiff's Motion for a Contempt Order and Writ of Body Attachment Regarding Jason Rivera, Dkt. 186, was attempted on Jason Rivera.

3. Service was attempted by Brian Taylor on Jason Rivera's residence at 315 Louisa St N, Shorewood, IL 60404. See Exhibit A (Affidavit of Brian Taylor).

4. Service on Jason Rivera at this location has been successful in the past. See Dkt. 188 (August 14, 2024 Declaration of Oscar Gomez), Dkt. 194 (August 29, 2024 Declaration of Oscar Gomez).

5. Brian Taylor made two attempts at service. Neither attempt was successful. No occupant would answer the door and accept service of the documents. See Exhibit A.

6. After the second attempt, Brian Taylor left copies of Dkt. 202 and Dkt. 186 in the front door at the residence. See Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 3, 2024 /s/ Steve Art

## **CERTFICATE OF SERVICE**

I, Steve Art, an attorney, certify that on October 3, 2024, I filed the foregoing declaration using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Steve Art
*One of Plaintiff's Attorneys*