# EXHIBIT A

## **Affidavit of Oscar Gomez**

I, Oscar Gomez, hereby state the following is true to the best of my knowledge and belief:

1. My name is Oscar Gomez. I am currently employed as an investigator at Loevy and Loevy.

2. On October 15th, 2024, I attempted to serve documents on witness Jason Rivera.

3. I arrived at his home at 315 Lousia Street North, Shorewood, IL. and sat in my car for about an hour to see if anyone would come in or out of the home before I tried knocking.

4. After a while of seeing no one I decided to go to the front door. The home had a doorbell with a camera so I rang the doorbell and knocked. Moments later a light from inside the home turned on and a man asked "who is it?" I announced myself and said I was there looking for Jason.

5. No one responded and the lights were turned off again. I waited for a few minutes and knocked again. Still no answer. I rang the doorbell again and asked through the camera if they'd like me to hand them the documents or if they'd like me to leave them at the door. I also said it is very important that Jason gets these documents.

6. I waited a few more minutes and received no answer. I then decided to go back to my car. I stayed in my car for a little while longer to see if anyone would come to the door and when no one did I decided to leave.