IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-6141 |
| | ) | |
| v. | ) | Hon. Edmond E. Chang, |
| | ) | District Judge |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | Hon. Beth W. Jantz |
| Defendants. | ) | Magistrate Judge |

## NON-PARTY WITNESS MATTHEW COGHLAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Non-party witness, Matthew Coghlan ("Coghlan"), by his counsel, Elizabeth A. Ekl of Burns Noland LLP, moves pursuant to Federal Rule of Civil Procedure 6(b) for an extension of time to respond to Plaintiff's Motion to Compel Testimony and Documents From Third-Party Witness, Matthew Coghlan. In support thereof, Coghlan states:

1. On October 23, 2024, without notice to Coghlan, Plaintiff filed Plaintiff's Motion to Compel Testimony and Documents from Third-Party Witness, Matthew Coghlan. Dkt. No. 212.

2. On October 31, 2024, this Court ordered Coghlan to file a response by November 14, 2024. The Court also allowed Defendants to file any response on the same day. Dkt. No. 216.

3. Coghlan's counsel has been working on the response to Plaintiff's motion but due to other pre-existing professional commitments, seeks an additional one week to file the Coghlan's response with the Court.

4. This motion is not made for the purpose of delay and will not prejudice any party.

5. The undersigned conferred with all counsel concerning this motion. The Parties do not oppose the requested extension of time.

WHEREFORE, Non-Party Witness, Matthew Coghlan, respectfully requests this Honorable Court grant his motion for a one-week extension of time up to and including November 20, 2024, to respond, and for any other relief as this Court deems just and reasonable.

        Respectfully submitted,

        /s/ *Elizabeth A. Ekl*
        Elizabeth A. Ekl
        Burns Noland LLP
        311 South Wacker Drive, Suite 5200
        Chicago, IL 60606
        (312) 982-0090
        eekl@burnsnoland.com
        *Attorneys for Non-Party Witness Matthew Coghlan*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 13, 2024, I electronically filed the foregoing **Non-Party Witness Matthew Coghlan's Unopposed Motion For Extension of Time to Respond to Plaintiff's Motion to Compel** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to counsel of record.

                     */s/ Elizabeth A. Ekl*