IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-6141 |
| | ) | |
| v. | ) | Hon. Edmond E. Chang, |
| | ) | District Judge |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | Hon. Beth W. Jantz |
| Defendants. | ) | Magistrate Judge |

**NON-PARTY WITNESS MATTHEW COGHLAN'S SECOND UNOPPOSED
MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

Non-party witness, Matthew Coghlan ("Coghlan"), by his counsel, Elizabeth A. Ekl of Burns Noland LLP, moves pursuant to Federal Rule of Civil Procedure 6(b) for an additional six-day extension of time to respond to Plaintiff's Motion to Compel Testimony and Documents From Third-Party Witness, Matthew Coghlan. In support thereof, Coghlan states:

1. On October 23, 2024, without notice to Coghlan, Plaintiff filed Plaintiff's Motion to Compel Testimony and Documents from Third-Party Witness, Matthew Coghlan. Dkt. No. 212.

2. On October 31, 2024, this Court ordered Coghlan to file a response by November 14, 2024. The Court also allowed Defendants to file any response on the same day. Dkt. No. 216.

3. On November 13, 2024, Third-Party Witness, Matthew Coghlan filed a motion for one-week extension of time to file his response. Dkt. 221.

4. On November 14, 2024 this Court ordered Coghlan to file a response by November 21, 2024. This court also allowed Defendants to file any response on the same day. Dkt. 223.

5. Coghlan's counsel has been working on the response to Plaintiff's motion but due to other pre-existing professional commitments, seeks an additional six days to file Coghlan's response with the Court.

6. This motion is not made for the purpose of delay and will not prejudice any party.

7. The undersigned conferred with all counsel concerning this motion. The Parties do not oppose the requested extension of time.

WHEREFORE, Non-Party Witness, Matthew Coghlan, respectfully requests this Honorable Court grant his motion for an additional six-day extension of time up to and including November 27, 2024, to respond, and for any other relief as this Court deems just and reasonable.

Respectfully submitted,

/s/ *Elizabeth A. Ekl*
Elizabeth A. Ekl
Burns Noland LLP
311 South Wacker Drive, Suite 5200
Chicago, IL 60606
(312) 982-0090
eekl@burnsnoland.com
*Attorneys for Non-Party Witness Matthew Coghlan*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2024, I electronically filed the foregoing **Non-Party Witness Matthew Coghlan's Second Unopposed Motion For Extension of Time to Respond to Plaintiff's Motion to Compel** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to counsel of record.

    */s/ Elizabeth A. Ekl*