# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Daniel Rodriguez
                              Plaintiff,

v.                                                         Case No.: 1:22−cv−06141
                                                          Honorable Edmond E. Chang

Reynaldo Guevara, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: A motion hearing on Plaintiff's Motion for a Contempt Order and Writ of Body Attachment Regarding Jason Rivera [186] was held on 9/23/24. Mr. Rivera did not appear despite being served with the Order [193] setting the hearing. At this point, based on the record, the Court has good cause to grant Plaintiff's Motion [186], enter a contempt order, and issue a writ of body attachment, meaning for Mr. Rivera that the Marshals will be taking him into custody for his deposition to occur. However, Mr. Rivera will be given one final attempt to purge himself of contempt, if by 12/19/24, he sits for his deposition. If Mr. Rivera does not do so, Plaintiff's Motion [186] will be granted, Mr. Rivera will be held in contempt, and the Court will issue a writ of body of attachment, directing the U.S. Marshals Service to bring him to the courthouse to sit for his deposition. If Mr. Rivera has not complied or filed anything with the Court by 12/20/24 Plaintiff shall submit a Word document of a proposed writ of body attachment to the Court's proposed order inbox (Proposed_Order_Jantz@ilnd.uscourts.gov), including Mr. Rivera's full name and the address at which he has been served. The email should include proposed dates for Mr. Rivera's deposition to take place at the courthouse about 30–45 days out from submission of the proposed writ. Ahead of submitting the proposed writ, the Parties should work with the U.S. Marshals Service to confirm that they will be able to attempt to execute the writ on those dates. Once the Court enters an order and writ, Plaintiff must coordinate with the Marshals regarding execution. Plaintiff's Renewed Motion for Alternative Service of Jason Rivera [218] is GRANTED. Plaintiff has made diligent efforts to serve Mr. Rivera as outlined in his Motion [218]. The Court finds good cause to permit alternative service of Plaintiff's Motion for a Contempt Order and Writ of Body Attachment Regarding Jason Rivera [186] and this Order by certified mail, regular mail, and by leaving copies at Mr. Rivera's last known address, where he has previously been personally served repeatedly, see dkt. [218] at 8. Plaintiff should also text a copy of this Order to Mr. Rivera's last known phone number, which Plaintiff has previously used to communicate with Mr. Rivera via phone call and text, see dkt. [218] at 5−6. Plaintiff shall do so by 12/5/24, and shall file a declaration of service thereafter on the docket. Plaintiff shall immediately notify the Court via email should Mr. Rivera comply with his deposition. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.