IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| | ) | Case No. 22 C 6141 |
| Plaintiff, | ) | |
| | ) | Hon. Edmond E. Chang |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE FOR
AMENDED JOINT MOTION FOR FINDING OF GOOD FAITH SETTLEMENT**

Defendants, CITY OF CHICAGO, GERI LYNN YANOW, as Special Representative of the ESTATE OF ERNEST HALVORSEN, ROBERT BIEBEL, EDWARD MINGEY, LEE EPPLEN, EDWARD STRANDBURG, JANICE RABBIT, as Special Representative of LOUIS RABBIT, deceased, GERI LYNN YANOW, as Special Representative of NOEL CAPORUSSO, deceased, and REYNALDO GUEVARA (collectively, the "City Defendants"), and Plaintiff, DANIEL RODRIGUEZ, and Defendants, PATRICK WALSH and COOK COUNTY (collectively, the "Settling Parties"), by their undersigned attorneys, move this Honorable Court to extend the briefing schedule for the Settling Parties' Amended Joint Motion for Finding of Good Faith Settlement. (Dkt. 215). In support thereof, the Parties state:

1. On October 23, 2024, the Settling Parties, without conferring with the City Defendants, filed their Joint Motion for Finding of Good Faith Settlement. (Dkt. 210).

2. On October 25, 2024, this Court ordered that by October 30, 2024, the Settling Parties shall file a supplement to the motion with a statement of conferral. (Dkt. 213).

3. On October 30, 2024, the Settling Parties filed their Amended Joint Motion for Finding of Good Faith Settlement, which included that the City Defendants opposed the motion. (Dkt. 215).

4. On October 31, 2024, this Court ordered the City Defendants' response to the amended motion due on November 14, 2024, and any reply due on November 21, 2024. (Dkt. 217).

5. On November 14, 2024, the City Defendants filed an unopposed Motion for Extension of Time to Respond to the Settling Parties' Amended Joint Motion for Finding of Good Faith Settlement. (Dkt. 224).

6. On November 15, 2024, this Court granted the City Defendants' motion for extension and ordered the City Defendants' response brief due on November 27, 2024, and the reply brief due on December 4, 2024. (Dkt. 226).

7. For additional context, Plaintiff's attorney, Loevy & Loevy, Defendant Cook County and various other former Assistant Cook County State's Attorneys have simultaneously filed similar motions for finding of good faith settlement in seven other Guevara-related cases. *See* Dkt. 145, *Abrego v. Guevara, et al.*, No. 23-cv-1740 (N.D. Ill. Nov. 4, 2024); Dkt. 398, *Bouto v. Guevara, et al.*, No. 19-cv-2441 (N.D. Ill. Oct. 30, 2024); Dkt. 181, *Gecht v. Guevara, et al.*, No. 23-cv-1742 (N.D. Ill. Oct. 30, 2024); Dkt. 106, *Kwil v. Guevara, et al.*, No. 23-cv-4279 (N.D. Ill. Oct. 30, 2024); Dkt. 209, *Gonzalez v. Guevara, et al.*, No. 22-cv-6496 (N.D. Ill. Oct. 30, 2024); Dkt. 198, *Martinez v. Guevara, et al.*, No. 23-cv-1741 (N.D. Ill. Oct. 23, 2024); and Dkt. 74, *Kelly v. Guevara, et al.*, No. 24-cv-5354 (N.D. Ill. Nov. 4, 2024). The Parties intend to file, or have already filed, similar motions in those cases, requesting that the same extensions to the briefing schedules be set.

8. The Parties have been working on their respective briefs but due to other pre-existing professional and personal commitments, the City Defendants seek an extension of time until December 5, 2024, to file their response, and the Settling Parties seek an extension of time until December 12, 2024, to file their reply.

9. This motion is not made for the purpose of delay.

WHEREFORE, the Parties respectfully request this Honorable Court grant their joint motion to extend the briefing schedule for the Amended Joint Motion for Finding of Good Faith Settlement, with the City Defendants' response due on or before December 5, 2024, and the Settling Parties' reply due on or before December 12, 2024, and for any other relief as this Court deems just and proper.

DATED: November 27, 2024

Respectfully Submitted,

| | |
|---|---|
| /s/ Eileen E. Rosen | /s/ Timothy P. Scahill |
| Eileen E. Rosen | Timothy P. Scahill |
| Special Assistant Corporation Counsel | *One of the Attorneys for Defendant Guevara* |
| *One of the Attorneys for City of Chicago* | |
| | |
| Eileen E. Rosen | Timothy P. Scahill |
| Catherine M. Barber | Steven B. Borkan |
| Theresa B. Carney | Borkan & Scahill, Ltd. |
| Austin G. Rahe | 20 S. Clark St., Suite 1700 |
| Lauren M. Ferrise | Chicago, IL 60603 |
| Kelly A. Krauchun | 312-580-1030 |
| Erica Fatima | tscahill@borkanscahill.com |
| Rock Fusco & Connelly, LLC | sborkan@borkanscahill.com |
| 333 W. Wacker, 19th Floor | |
| Chicago, Illinois 60606 | |
| (312) 474-1000 | |
| erosen@rfclaw.com | |
| | |
| /s/ James G. Sotos | /s/ Steve Art |
| JAMES G. SOTOS, Attorney No. 6191975 | *Counsel for Plaintiff* |

3

*Special Assistant Corporation Counsel for Defendants Biebel, Mingey, Epplen, Strandberg, and Special Representatives Yanow and Rabbit*

James G. Sotos
Josh M. Engquist
Joseph M. Polick
Thomas J. Sotos
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
(630) 735-3300
jsotos@jsotoslaw.com

/s/ Joseph Hodal
*Counsel for County Defendants*

Joseph Hodal
Lyle K. Henretty
Jessica Scheller
Cook County State's Attorney'ss Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3116
joseph.hodal@cookcountysao.org

Jon Loevy
Anand Swaminathan
Steven Art
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com