**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| | ) | Case No. 22 C 6141 |
| Plaintiff, | ) | |
| | ) | Hon. Edmond E. Chang |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on, Tuesday, December 10, 2024 at 8:30 a.m., we shall appear before the Honorable Edmond E. Chang or any judge sitting in his stead, in Courtroom 2341 at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall present the Parties' Joint Motion to Extend Briefing Scheduled for Amedned Joint Motion for Finding of Good Faith Settlement, a copy of which is hereby attached and served upon you.

DATED: November 27, 2024

Respectfully Submitted,

/s/ Eileen E. Rosen
Eileen E. Rosen
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Lauren M. Ferrise
Kelly A. Krauchun
Erica Fatima
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 474-1000
erosen@rfclaw.com