**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| | ) | Case No. 22-cv-6141 |
| *Plaintiff*, | ) | |
| | ) | Hon. Edmond E. Chang |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Beth W. Jantz |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |
| | ) | **JURY TRIAL DEMANDED** |

## DECLARATION OF ALYSSA MARTINEZ

I, Alyssa Martinez, declare as follows:

1. My name is Alyssa Martinez. I am an attorney with Loevy & Loevy and serve as counsel for Plaintiff Daniel Rodriguez in this case.

2. On December 4, 2024, Plaintiff's counsel sent Plaintiff's Motion for a Contempt Order and Writ of Body Attachment Regarding Jason Rivera, Dkt. 186, and the Court's November 25, 2024 Order, Dkt. 229, by certified mail and regular mail to Mr. Rivera's last known address, where he has previously been personally served repeatedly.

3. On December 5, 2024, investigator Oscar Gomez left copies of Plaintiff's Motion for a Contempt Order and Writ of Body Attachment Regarding Jason Rivera, Dkt. 186, and the Court's November 25, 2024 Order, Dkt. 229, at Mr. Rivera's address.

4. On December 5, 2024, Plaintiff's counsel texted a copy of the Court's November 25, 2024 Order, Dkt. 229, to Mr. Rivera's last known phone number, which Plaintiff has previously used to communicate with Mr. Rivera via phone call and text.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 5, 2024                                             /s/ Alyssa Martinez

**CERTIFICATE OF SERVICE**

    I, Alyssa Martinez, an attorney, hereby certify that on December 5, 2024, I filed the foregoing declaration using the Court's CM/ECF system, which effected service on all counsel of record.

                                        /s/ Alyssa Martinez
                                        *One of Plaintiff's Attorneys*