# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Daniel Rodriguez
                Plaintiff,

v.
                Case No.: 1:22−cv−06141
                Honorable Edmond E. Chang

Reynaldo Guevara, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: In light of the ongoing settlement talks, the 2/7/25 status hearing is cancelled and reset to 2/26/25 at 11:45 a.m. Call in information to remain. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.