**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| | ) | Case No. 22-cv-6141 |
| *Plaintiff*, | ) | |
| | ) | Hon. Edmond E. Chang |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Beth W. Jantz |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |

**STATUS REPORT OF THE SETTLING PARTIES**

Plaintiff Daniel Rodriguez, by his attorneys, Loevy & Loevy, respectfully submits this status report concerning his Motion for Finding of Good Faith Settlement, pursuant to Dkt. 258.

1. Plaintiff Daniel Rodriguez and Defendants Patrick Walsh and Cook County (the "County Defendants") (collectively, "the Settling Parties") have reached a settlement in this case.

2. The Settling Parties filed their Joint Motion for Finding of Good Faith Settlement on October 23, 2024. Dkt. 210. The Settling Parties filed an amended Motion on October 30, 2024. Dkt. 215. Defendants City of Chicago, Reynaldo Guevara, Robert Biebel, Edward Mingey, Lee Epplen, Edward Strandburg, Geri Lynn Yanow (as special representative for Defendants Halvorsen and Caporusso), and Janice Rabbit (as special representative for Defendant Rabbit) filed their response on December 5, 2024. Dkt. 235. The Settling Parties filed a reply on December 12, 2024. Dkt. 239.

3. On March 20, 2025, this Court denied the Settling Parties' motion and ordered that they file a status report proposing next steps. Dkt. 258.

4. In light of the Court's ruling, Plaintiff in this case will not seek any allocation of the settlement funds; that provision of the Settling Parties' settlement agreement is void and the

remainder of their agreement remains binding; Plaintiff intends to pursue all claims for injuries and categories of damages at the trial of this case; and Plaintiff intends to file a motion to dismiss the County Defendants shortly, after further consultation with all of the Defendants, including the City of Chicago.

5. In addition, in light of this Court's opinion on settlement in this case, Plaintiff's counsel is withdrawing similar motions for approval of settlements filed by the similar settling parties in seven other Guevara cases. *See Gonzalez v. Guevara, et al.*, No. 22-cv-6496 (N.D. Ill. 2022), Dkt. 242; *Gecht v. Guevara, et al.*, No. 23-cv-1742 (N.D. Ill. 2023), Dkt. 205; *Kwil v. Guevara, et al.*, No. 23-cv-4279 (N.D. Ill. 2023), Dkt. 124; *Martinez v. Guevara, et al.*, No. 23-cv-1741 (N.D. Ill. 2023), Dkt. 236; *Kelly v. Guevara, et al.*, No. 24-cv-5354 (N.D. Ill. 2024), Dkt. 104; *Abrego v. Guevara, et al.*, No. 23-cv-1740 (N.D. Ill. 2023), Dkt. 187; and *Bouto v. Guevara, et al.*, No 19-cv-2441 (N.D. Ill. 2019), Dkt. 418. Coordination of these efforts among cases is Plaintiff's counsel's reason for delay providing the Court this report in this case, and Plaintiff's counsel apologizes for that delay.

Respectfully submitted,

**DANIEL RODRIGUEZ**

/s/ Steve Art
*One of Plaintiff's Attorneys*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Alyssa Martinez
Loevy & Loevy
311 N. Aberdeen Street
Chicago, IL 60607
(312) 243-5900
steve@loevy.com

## CERTIFICATE OF SERVICE

I, Steve Art, an attorney, hereby certify that on April 11, 2025, I filed the foregoing document using the Court's CM/ECF system which served all counsel of record.

/s/ Steve Art
*One of Plaintiff's Attorney*