# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

Daniel Rodriguez

                Plaintiff,

v.

Reynaldo Guevara, et al.

                Defendant.

Case No.: 1:22–cv–06141

Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's and the County Defendants' motion to dismiss [270] is granted. The case is dismissed as to Defendants Patrick Walsh and Cook County with prejudice pursuant to settlement, with each side to bear its own fees and costs. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.