**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DANIEL RODRIGUEZ ) | |
| ) | Case No. 1:22-cv-06141 |
| *Plaintiff,* ) | |
| ) | Hon. Edmond E. Chang |
| v. ) | District Judge |
| ) | |
| REYNALDO GUEVARA, et al, ) | Hon. Beth W. Jantz |
| ) | Magistrate Judge |
| *Defendants.* ) | |
| ) | |
| ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
HIS EXPERT DISCLOSURES**

Plaintiff Daniel Rodriguez, through his attorneys, Loevy & Loevy, respectfully moves this court for entry of an order granting him a 14-day extension of the time to file expert disclosures. Plaintiff also requests that all other corresponding deadlines be extended commensurately. Plaintiff states as follows:

1. On June 17, 2025 Plaintiff's deadline for expert disclosures was set for July 25, 2025. Dkt. 275.

2. On Friday, July 18, 2025, in *Solache/Reyes v. Guevara, et al.* (another Guevara case)*,* the court in that matter scheduled a Summary Judgment hearing for July 22 and 24, 2025. All counsel in this matter are counsel in *Reyes/Solache* as well. To permit time for counsel to prepare for those hearings, and given summer vacation schedules, Plaintiff seeks an extension of 14 days, up to and including August 8, 2025, to file his expert disclosures.

3. He seeks commensurate extensions of all subsequent deadlines as follows:

- Plaintiff's expert disclosures due August 8, 2025
- Defendants' expert disclosures due December 8, 2025
- Plaintiff's rebuttal disclosures due February 4, 2026

4. Plaintiff seeks this extension in good faith, and the extension will not prejudice any party.

5. Plaintiff has conferred with defense counsel, who do not oppose this motion.

WHEREFORE, Plaintiff respectfully moves this Court for a 14-day extension up to and including August 8, 2025 to file his expert disclosures, December 8, 2025 for Defendants' expert disclosures, and February 4, 2026 for Plaintiff's rebuttal disclosures.

Respectfully submitted,

**Daniel Rodriguez**

By: /s/ Anand Swaminathan
*One of Plaintiff's Attorneys*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Alyssa Martinez
Loevy & Loevy
311 N. Aberdeen Street
Chicago, IL 60607
(312) 243-5900
anand@loevy.com