**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| | ) | Case No. 22-cv-6141 |
| *Plaintiff,* | ) | |
| | ) | Hon. Edmond E. Chang |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Beth W. Jantz |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

**JOINT STATUS REPORT ON EXPERT DISCOVERY SCHEDULE**

As a follow-up to the parties' Joint Status Report regarding expert discovery, Dkt. 287, the undersigned parties submit the following proposed expert discovery schedule.

1. Plaintiff has disclosed three experts in this case—two of which have been deposed. The remaining expert is set to be deposed on December 10, 2025.

2. In light of the foregoing, the parties propose the following amended expert discovery deadlines:

- Defendants to complete depositions of Plaintiff's experts by December 10, 2025;

- Defendants' expert disclosures due January 12, 2026;

- Plaintiff to complete depositions of Defendants' experts by February 13, 2026;

- Rebuttal expert disclosures due March 6, 2026; and

- Expert discovery to close on April 7, 2026.

Dated: November 21, 2025     Respectfully submitted,


/s/ *Alyssa Martinez*     /s/ *Catherine M. Barber*
Alyssa Martinez       Catherine M. Barber
*One of the Attorneys for Plaintiff*  Special Assistant Corporation Counsel
            *One of the Attorneys for City of Chicago*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Alyssa Martinez
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
alyssa@loevy.com

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Lauren M. Ferrise
Sabrina Scardamaglia
Jacob Karaca
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 474-1000
cbarber@rfclaw.com

/s/ Timothy P. Scahill
Timothy P. Scahill
*One of the Attorneys for Defendant Guevara*

Timothy P. Scahill
Steven B. Borkan
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL 60603
312-580-1030
tscahill@borkanscahill.com
sborkan@borkanscahill.com

/s/ *Josh Engquist*
Josh Engquist
*One of the attorneys for*
*Defendants Biebel, Mingey, Epplen,*
*Strandberg, and Special Representatives*
*Yanow and Rabbit*

James G. Sotos
Josh M. Engquist
Joseph M. Polick
Thomas J. Sotos
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
(630) 735-3300
jengquist@jsotoslaw.com