# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Daniel Rodriguez
                              Plaintiff,

v.                                                            Case No.: 1:22−cv−06141
                                                                Honorable Edmond E. Chang

Reynaldo Guevara, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 17, 2026:

      MINUTE entry before the Honorable Beth W. Jantz: Plaintiff's Unopposed Motion for Extension of Time to Complete Expert Discovery (Dkt. [296]]) is GRANTED. Plaintiff shall complete depositions of Defendants' experts by March 20, 2026; rebuttal expert disclosures are due by April 10, 2026; and expert discovery to close on May 12, 2026. The March 26, 2026 status hearing before Judge Jantz is rescheduled to 5/21/26 at 9:45am. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.