## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Daniel Rodriguez

                              Plaintiff,

v.                                                          Case No.: 1:22−cv−06141
                                                            Honorable Edmond E. Chang

Reynaldo Guevara, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 15, 2026:

     MINUTE entry before the Honorable Beth W. Jantz: Defendants' Unopposed Motion for Extension of the Expert Discovery Schedule (Dkt. [300]) is granted. The expert discovery schedule is extended to June 12, 2026, to allow for the depositions of Dr. Leo and Dr. Schafer. The May 21, 2026 status hearing before Judge Jantz is rescheduled to 6/15/26 at 1:456pm. Call−in information remains the same. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.