**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>REYNALDO GUEVARA, GERI LYNN YANOW as Special Representative for ERNEST HALVORSEN and NOEL CAPORUSSO, deceased, JANICE RABBIT as Special Representative for LOUIS RABBIT, deceased, ROBERT BIEBEL, EDWARD MINGEY, LEE EPPLEN, EDWARD STRANDBURG, STEVE GAWRYS, MICHAEL FLEMING, the CITY OF CHICAGO, PATRICK WALSH, and COOK COUNTY,<br><br>Defendants. | ) | Case No. 22 CV 06141<br><br>Honorable Judge Chang<br><br>Hon. Magistrate Judge Beth W. Jantz<br><br>JURY TRIAL DEMANDED |

**STATEMENT OF DEATH UPON THE RECORD**

Defendants Geri Lynn Yanow, as Special Representative for Ernest Halvorsen, deceased, Edward Mingey, Lee Epplen, Edward Strandberg, and Janice Rabbit, by their attorneys, The Sotos Law Firm, P.C., pursuant Fed. R. Civ. P. 25(a)(1), submit the following Suggestion of Death Upon the Record and state as follows:

Defendants Yanow, Mingey, Epplen, Strandberg, and Rabbit suggest upon the record, pursuant to Rule 25(a)(1), the death of Defendant Robert Biebel, during the pendency of this action. Mr. Biebel passed away on June 17, 2026. (*See* Obituary attached hereto as Exhibit 1.)

Dated: June 23, 2026

Respectfully submitted,

/s/ Josh M. Engquist
Josh M. Engquist, Attorney No. 6242849
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant Officers*

James G. Sotos
Josh M. Engquist
Joseph M. Polick
Mark F. Smolens
Thomas J. Sotos
Andrew Leuchtmann
Kyle T. Chirstie
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
(630) 735-3300
jengquist@jsotoslaw.com