*Rodriguez v. Guevara, et al.*
Case No.: 22 CV 06141

# EXHIBIT 1

**Call Now - Available 24/7** | **(773) 736-3833**

Smith-Corcoran
Funeral Homes • Crematory • Funeral Planning

SERVICES PLANNING ABOUT





# Robert V. Biebel

July 30, 1948 - June 17, 2026

Get updates Print Share

Send flowers to Robert V. …

Plant a tree for Robert V. …

## Obituary & Services

Obituary & Services | Tributes | Photos & Videos

Share a memory | Send Flowers

Opt-Out Signal Honored

Plant a tree

Call Now - Available 24/7 | (773) 736-3833

Smith-Corcoran
Funeral Homes • Crematory • Funeral Planning

SERVICES PLANNING ABOUT

Bob grew up a life-long Chicagoan, raised in the Our Lady of Lourdes parish before settling with his family in Sauganash. Growing up in a family of 9 children, he deeply loved his siblings and their Irish heritage, and treasured the bond they shared throughout his life. He attended Our Lady of Lourdes grammar school, where he made lifelong friends who spent most of their days outside of school at Chase Park. These friendships and their stories from growing up were often retold over the years, always met with laughter. He later attended St. George High School in Evanston, then graduated from DePaul University with a major in accounting. After working in accounting at Shepard Schwartz & Harris LLP for two years, Bob made a career switch in 1972 and joined the Chicago Police Department, following in the footsteps of his brothers Tom and Jim. Even after joining CPD, he continued working part-time at the firm during the busy tax season, building treasured relationships with colleagues over the years. After wrapping up a hectic tax season, he and his accounting buddies would head to Vegas, where Bob loved playing video poker and was known to walk away a winner more than once. He loved being a police officer, especially the wonderful team he worked alongside, including his long-time partner, Bobby Stevens. During his time on the CPD, he cherished the chance to work alongside his dear nephew, Phil, as Phil began his own career in law enforcement. It was through the CPD that Bob met his beloved wife Joan, and after she chased him for 8 years, they married in 1985, settling in Sauganash with their daughter, Annie. After 38 years of dedicated service with the CPD, he retired as a Lieutenant working in Area 4 Special Victims. A devoted Chicago White Sox fan, a voracious reader, and a man who treasured time with his family, lifelong friends, and dear neighbors, Bob's greatest joy was being "Papa" to his grandsons, Bobby, his namesake, and Jack, the two lights of his later years. He will be dearly missed by all who knew and loved him.

Visitation Monday, June 22, 2026, from 3:00-8:00 PM at Smith-Corcoran Funeral Home, 6150 N. Cicero Ave., Chicago. Funeral will be Tuesday, June 23, 2026, 9:30am from the funeral home to Queen of All Saints Basilica, 6280 N Sauganash Ave, Chicago, IL 60646, for Mass of Christian Burial at 10:00AM. Interment All Saints Cemetery.

**Share a memory** Send Flowers

Opt-Out Signal Honored Plant a tree