**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| Plaintiff, | ) | Case No. 22 CV 6141 |
| *v.* | ) | |
| REYNALDO GUEVARA, et al., | ) | Hon. Edmond E. Chang |
| | ) | Mag. Judge Sunil R. Harjani |
| Defendants. | ) | |

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTESION**
**OF TIME TO MOVE FOR SUMMARY JUDGMENT**

Defendants City of Chicago, Reynaldo Guevara, Robert Biebel, Edward Mingey, Lee Epplen, and Edward Strandberg, by their undersigned attorneys, move the Court for a 21-day extension of time to the existing summary judgment schedule.

1. On August 25, 2026, the Court set a deadline of October 13, 2026, for Defendants to move for summary judgment. (Dkt. 312.)

2. Lead defense attorney Josh Engquist for the Moving Defendant will be heading up a trial set to last for three weeks and beginning on October 26, 2026.

3. Anticipating this potential scheduling conflict, two other lawyers participating in this litigation were set to take lead on drafting the summary judgment motion: Mark Smolens and Thomas Sotos.

4. Mr. Smolens is currently set for nonelective surgery on October 8, 2026. Nevertheless, aware of this scheduling conflict, Mr. Sotos was prepared to take the laboring oar.

5. Unfortunately, while away internationally on his honeymoon, Mr. Sotos on September 11, 2026, received an order from the en banc Seventh Circuit to file a response to a petition for

rehearing in *Savory v. Andrews*, No. 24-2947 (7th Cir.). That response is due September 25, 2026.

6. Immediately upon returning from his honeymoon, Mr. Sotos alerted the *Rodriguez* litigation team to this new, significant scheduling pileup. The team agreed the best course of action to ensure their clients' interests were not impacted by this unique scheduling crunch amongst the three primary attorneys handling the summary judgment motion was to seek a modest extension to the summary judgment deadline.

7. Additionally, it is necessary to keep the different sets of Defendants on the same summary judgment schedule because the Defendants will likely refer to other Defendants' pleadings to avoid unnecessarily repeating arguments.

8. Counsel appreciates the Court's likely reticence to adjust this schedule. As a result, counsel requests only 21 extra days to file their summary judgment papers, so as to avoid any undue delay and ensure only that their team can devote the appropriate attention to the matter.

9. Defense counsel reached out to Plaintiff's counsel, who represented they have no objection, provided that the same 21 days are built into Plaintiff's time to respond and that no additional extensions are sought on this briefing.

10. Thus, the Moving Defendants hereby propose the following unopposed summary judgment schedule:

- Defendants' summary judgment motions due November 3, 2026.
- Plaintiff's response briefs due December 4, 2026.
- Defendants' summary judgment replies due December 24, 2026.

**CONCLUSION**

WHEREFORE, the Moving Defendants respectfully request that the Court grant this motion and order the parties to comply with the proposed summary judgment schedule set forth herein.

Dated: September 24, 2026 Respectfully Submitted,

/s/ Josh M. Engquist
Josh M. Engquist, Attorney No. 6242849
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant Officers*

James G. Sotos
Josh M. Engquist
Joseph M. Polick
Mark F. Smolens
Thomas J. Sotos
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
(630) 735-3300
jengquist@jsotoslaw.com

*/s/ Catherine M. Barber*
Catherine M. Barber
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*
Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Lauren M. Ferrise
Sabrina Scardamaglia
Jacob Karaca
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
cbarber@rfclaw.com

BORKAN & SCAHILL, LTD.
By: /s/ Timothy P. Scahill
Timothy P. Scahill
Special Assistants Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, IL 60603
(312) 580-1030
Attorneys for Reynaldo Guevara