**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| | ) | Case No. 22 C 6141 |
| Plaintiff, | ) | |
| | ) | Hon. Edmond E. Chang |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Beth W. Jantz |
| | ) | Magistrate Judge |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION FOR SUMMARY JUDGMENT**

Defendant, City of Chicago (the "City"), by and through its undersigned counsel, hereby submits this Motion, contemporaneously with the City of Chicago's Memorandum of Law in Support of Summary Judgment and Local Rule 56.1(a)(2) Statement of Material Facts, seeking judgment in its favor as to the claims brought by Plaintiff, Daniel Rodriguez.

1. This case arises out of Plaintiff's alleged wrongful conviction for the 1991 murder of Jose Hernandez, Jr. (Dkt. 99, ¶1).

2. Plaintiff alleges that the City of Chicago is liable, pursuant to *Monell v. New York City Dep't. of Soc. Servs.,* 436 U.S. 658 (1978), for the violation of Plaintiff's constitutional rights because Plaintiff's injuries were directly and proximately caused by the policies, practices, and customs of the City of Chicago, as well as by the actions of policy-making officials for the City of Chicago. (Dkt. 99, ¶¶186-97).

3. For the reasons set forth in the City of Chicago's Memorandum of Law, the City is entitled to summary judgment on the entirety of Plaintiff's *Monell* claim.

4. Plaintiff also brings a claim for *respondeat superior* and indemnification against the City. (Dkt. 99, ¶¶217-25). The City adopts and incorporates Defendant Officers' and Defendant Guevara's Memoranda of Law and Rule 56.1 Fact Statements. Because Defendant Officers and Defendant

Guevara are entitled to summary judgment on all claims against them, with the exception of the coerced confession claim against Defendant Halvorsen, Plaintiff's *respondeat superior* and indemnification claims against the City fail on the same basis as well.

WHEREFORE, Defendant, City of Chicago, respectfully requests that this Honorable Court grant its Motion for Summary Judgment in its entirety, and for any and all other relief that this Court deems just and proper.

Dated: November 3, 2026

Respectfully Submitted,

*/s/ Eileen E. Rosen*
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*

Eileen E. Rosen
Theresa Berousek Carney
Catherine M. Barber
Austin G. Rahe
Lauren M. Ferrise
Sabrina A. Blatchford
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com